No reversible error appearing from the record, the judgment of the trial court is affirmed.

Opinion approved by the Court.

## TEMPLETON v. STATE.
### No. 24357.

Court of Criminal Appeals of Texas.
April 27, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is murder without malice. The punishment assessed is confinement in the state penitentiary for a term of five years.

The record is before us without bills of exceptions, objections to the court's charge, or a statement of facts. Consequently, there is nothing presented for review.

In our examination of the transcript, we find that the trial judge in sentencing appellant failed to make application of the indeterminate sentence law. Vernon's Ann.C.C.P. art. 775. Therefore, the sentence will be reformed so as to read that appellant shall be confined in the state penitentiary for a term of not less than two nor more than five years, and as so reformed, the judgment is affirmed.

Opinion approved by the Court.

## DUFF v. STATE.
### No. 24344.

Court of Criminal Appeals of Texas.
April 27, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the offense of driving an automobile upon a public highway while intoxicated. The penalty assessed is a fine of $50.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.